# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JANE DOE,**

        Plaintiff,

    **-vs-**

                                              **Case No. 10-C-86**

**CARTHAGE COLLEGE,**

        Defendant.

## ORDER TO INSERT TRUE NAME OF PARTY AND DISMISSAL OF CERTAIN CLAIMS

Based upon the stipulation between counsel for plaintiff Jane Doe and counsel for defendant Carthage College.

IT IS HEREBY ORDERED that the caption in this matter shall be amended to reflect that the true name of the party to this action is Katherine Lees, instead of Jane Doe.

IT IS FURTHER ORDERED that all references in the pleadings to Jane Doe are amended to reflect the proper party, Katherine Lees.

IT IS FURTHER ORDERED that Count One of plaintiff's Complaint alleging a violation of Section 504 of the Rehabilitation Act of 1973 is dismissed with prejudice and without costs to any party.

IT IS FURTHER ORDERED that Count Three of plaintiff's Complaint alleging Promissory Estoppel upon which she seeks readmission to Carthage College is dismissed with prejudice and without costs to any party, but that plaintiff specifically retains

the right to pursue the loss of her scholarship money as part of her consequential damages regarding her Breach of Security claim against defendant Carthage College.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2010.

> **SO ORDERED,**
>
> *s/ Rudolph T. Randa*
> **HON. RUDOLPH T. RANDA**
> **U.S. District Judge**